IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**REDACTED**

| | |
|---|---|
| In the Matter of the Search of the premises known as New Castle, DE 19720 | Case No. 21-354M |

## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Briana Knox, Assistant United States Attorney, and hereby moves to unseal the case file in the above-captioned matter.

Respectfully submitted,

David C. Weiss
United States Attorney

By: /s/ Briana Knox
Briana M. Knox
Assistant United States Attorney

Dated: January 13, 2022

AND NOW, to wit, this 13th day of January, 2022, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal File in the above-captioned case is unsealed.

*Christopher J. Burke*
United States Magistrate Judge

FILED

JAN 1 3 2022

U.S. DISTRICT COURT DISTRICT OF DELAWARE